**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

B13120096

| | |
|---|---|
| IN RE: ] | |
| ] | |
| ] | Case Number 10-50865 |
| Stephen C Minarik; ] | CH 13 |
| Linda Minarik; ] | Judge A. Benjamin Goldgar |
| ] | |

**RESPONSE TO NOTICE OF FINAL CURE**

Now comes JPMorgan Chase Bank, National Association by and through its attorney Nisha Parikh of the law firm of Freedman Anselmo Lindberg LLC, and files a Response to the Trustee's Notice of Final Cure:

Account ending in last four digits of XXXXXX8400, the first lien on the property commonly known as 25786 West Brooks Farm Road, Ingleside, IL, is current and due for 1/1/2014, and Proof of Claim has been paid in full.

JPMorgan Chase Bank, National Association

/s/ Nisha Parikh
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC

1807 W. Diehl Rd., Ste 333

Naperville, IL  60566-7228

630-983-0770    866-402-8661

630-428-4620 (fax)

Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,

Peoria 1794, Winnebago 3802, IL 03126232

Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949

Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,

Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771

Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376

W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

<u>Certificate of Service:</u>

I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on December 23, 2013 addressing the following:

Stephen C Minarik, 25786 West Brooks Farm Road, Round Lake , IL 60073

Linda Minarik, 25786 West Brooks Farm Road, Round Lake, IL 60073

Robert J. Adams, 901 W Jackson Suite 202, Chicago, IL 60607

Glenn B. Stearns 801 Warrenville Road, Suite 650, Lisle, IL 60532

<u>/s/ Thomas Girard</u>

FREEDMAN ANSELMO LINDBERG, LLC

1771 W. Diehl Road, Suite 150

Naperville, IL  60563-4947

630-453-6960  866-402-8661    630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**